IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PETE SZMURLO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 25 C 7099 |
| | ) | |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| TK ELEVATOR CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr. on a motion to dismiss, it is hereby ORDERED:

Judgment is hereby entered in favor of the defendants, TK Elevator Corp., *et al.*, and against the plaintiff, Pete Szmurlo. Defendants may recover costs from the plaintiff.

Dated: August 27, 2025

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge